USA
Plaintiff

VS: CR04-57-01S

Jan Delgado
Defendant

# EXHIBIT RECEIPT

Government's Exhibits 1, 2, 3, 4, 5, 6

Attorney

Deputy clerk